Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 4**

ELITE QUARTZ MANUFACTURING, ARIZONA TILE, LLC, M S INTERNATIONAL INC., CAESARSTONE USA, INC., and WISENBAKER BUILDER SERVICES, INC.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA, U.S. CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES INTERNATIONAL TRADE COMMISSION, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,

Defendants.

**SUMMONS**
Court No. 26-03719

**TO:** The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiffs' attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**/s/ Gina Justice**
Clerk of the Court

/s/ Jonathan T. Stoel
Signature of Plaintiffs Attorney
Attorney for Elite Quartz Manufacturing, Arizona Tile, LLC, M S International Inc., and Caesarstone USA, Inc.

August 21, 2026
Date

Jonathan T. Stoel
Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
+1 (202) 637-6634
jonathan.stoel@hlc.com

/s/ Edward M. Lebow
Signature of Plaintiff's Attorney
Attorney for Wisenbaker Builder Services, Inc.

August 21, 2026
Date

Edward M. Lebow
HAYNES AND BOONE, LLP
888 Sixteenth Street, N.W., Suite 300
Washington, DC 20006
(202) 654-4514
ed.lebow@haynesboone.com

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)