# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ELITE QUARTZ MANUFACTURING, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES,<br>Defendant. | **Court No. 26-03719** |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable M. Miller Baker.

Dated: September 10, 2026

/s/ Mark A. Barnett
Mark A. Barnett
Chief Judge